**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason M. Lesko<br>&<br>Megan Alayna Gay-Lesko<br>fka Megan Gay<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-17382 jkf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of VW Credit, Inc. as servicer for VW Credit Leasing, Ltd and index same on the master mailing list.

                                   Respectfully submitted,

                                   **/s/ Matteo S. Weiner**
                                   Matteo S. Weiner, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322 FAX (215) 627-7734