Certificate Number: 05781-PAE-DE-030509345

Bankruptcy Case Number: 17-17382



05781-PAE-DE-030509345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2018, at 7:19 o'clock PM PST, Jason Lesko completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 31, 2018

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President