**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Jason M. Lesko and | : | Chapter 13 |
| Megan Alayna Gay-Lesko | : | Case No.: 17-17382-jkf |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtors' First Amended Chapter 13 Plan dated and docketed April 17, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on April 17, 2018:*

Samuel Brinkmeyer, Bankr. Coll.
American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016-8088

David Unger, Jud. Sales Coord.
Chester County Tax Claim Bureau
313 West Market Street
West Chester, PA 19380

Naomi R. McFarlin, Coll. Paralegal
Citadel Federal Credit Union
520 Eagleview Blvd.
Exton, PA 19341

Valley Township
890 W. Lincoln Highway
PO Box 467
Coatesville, PA 19320

Coatesville Area School District
c/o Berkheimer Tax Administrator
PO Box 25144
Lehigh Valley, PA 18002-5144

*Via Electronic Filing (ECF) on April 17, 2018:*

Jerome B. Blank, Esquire on behalf of Bank of America, N.A.
paeb@fedphe.com

Alexandria T. Garcia, Esquire on behalf of Navy Federal Credit Union
ecfmail@mwc-law.com

Matteo Samuel Weiner, Esquire on behalf of VW Credit Leasing, Ltd.
bkgroup@kmllawgroup.com

Rebecca Ann Solarz, Esquire on behalf of Ditech Financial LLC
bkgroup@kmllawgroup.com

Polly A. Langdon, Esquire on behalf of Trustee Frederick L. Reigle
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:     */s/ Joseph Quinn*_____
         Joseph Quinn, Esquire
         152 E. High Street, Suite 100
         Pottstown, PA 19464
         T: 610.323.5300
         F: 610.323.6081
         JQuinn@SJR-LAW.com

Date:  April 17, 2018         Counsel for Debtors