**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: Megan Alayna Gay-Lesko fka Megan Gay<br>Jason M. Lesko<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>　　　　　　　Movant<br>vs.<br>Megan Alayna Gay-Lesko fka Megan Gay<br>Jason M. Lesko<br>　　　　　　　Debtor(s)<br>Frederick L. Reigle<br>　　　　　　　Trustee | NO. 17-17382-jkf<br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 25th day of April, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 947 Madison St, Coatesville, PA 19320 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Megan Alayna Gay-Lesko fka Megan Gay
16965 Bellevue Court
Millville, DE 19967

Jason M. Lesko
16965 Bellevue Court
Millville, DE 19967

Joseph L. Quinn
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532