United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jason M. Lesko  
Megan Alayna Gay-Lesko  
    Debtors

Case No. 17-17382-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR        Page 1 of 1        Date Rcvd: Apr 25, 2018  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2018.  
db/jdb        +Jason M. Lesko,   Megan Alayna Gay-Lesko,   16965 Bellevue Court,   Millville, DE 19967-6795

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                                                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2018 at the address(es) listed below:  
        ALEXANDRA T. GARCIA   on behalf of Creditor   Navy Federal Credit Union ecfmail@mwc-law.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JEROME B. BLANK   on behalf of Creditor   Bank Of America, NA paeb@fedphe.com  
        JOSEPH L QUINN   on behalf of Joint Debtor Megan Alayna Gay-Lesko CourtNotices@sjr-law.com  
        JOSEPH L QUINN   on behalf of Debtor Jason M. Lesko CourtNotices@sjr-law.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                         TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:  Megan Alayna Gay-Lesko fka Megan Gay<br>         Jason M. Lesko<br>                    Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>                    Movant<br>           vs.<br>Megan Alayna Gay-Lesko fka Megan Gay<br>Jason M. Lesko<br>                    Debtor(s)<br>Frederick L. Reigle<br>                    Trustee | NO. 17-17382-jkf<br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 25th day of April, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 947 Madison St, Coatesville, PA 19320 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Megan Alayna Gay-Lesko fka Megan Gay
16965 Bellevue Court
Millville, DE 19967

Jason M. Lesko
16965 Bellevue Court
Millville, DE 19967

Joseph L. Quinn
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532