# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Jason M. Lesko and | | Chapter 13 |
| Megan Alayna Gay-Lesko | | |
| Debtor(s) | | BK No. 17-17382-jkf |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on May 2, 2018 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on May 2, 2018.

3. No response to said Application has been received.

Respectfully Submitted,

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtors
Attorney I.D. No. 307467
Law Office of Stephen Ross, P.C.
152 E. High Street, Suite 100
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: May 24, 2018