UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Jason M. Lesko and | | Chapter 13 |
| Megan Alayna Gay-Lesko | | |
| Debtor(s) | | BK No. 17-17382-jkf |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00.**

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$47.00.**

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth less $1,900.00 which was paid by the Debtor(s) prepetition.**

BY THE COURT:

*[signature]*

Date: July 11, 2018

HON. JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE