United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17382-jkf
Jason M. Lesko                                                        Chapter 13
Megan Alayna Gay-Lesko
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR         Page 1 of 1         Date Rcvd: Jul 11, 2018
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
db             +Jason M. Lesko,    16965 Bellevue Court,    Millville, DE 19967-6795

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Navy Federal Credit Union ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, NA paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Joint Debtor Megan Alayna Gay-Lesko CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor Jason M. Lesko CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Navy Federal Credit Union ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Jason M. Lesko and | \| | Chapter 13 |
| Megan Alayna Gay-Lesko | \| | |
| Debtor(s) | \| | BK No. 17-17382-jkf |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00.**

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$47.00.**

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth less $1,900.00 which was paid by the Debtor(s) prepetition.**

BY THE COURT:

*[signature]*

**Date: July 11, 2018**

HON. JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE