United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-17382-jkf
Jason M. Lesko                                                         Chapter 13
Megan Alayna Gay-Lesko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: TashaD            Page 1 of 1              Date Rcvd: Jul 12, 2018
                               Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db/jdb         +Jason M. Lesko,   Megan Alayna Gay-Lesko,   16965 Bellevue Court,   Millville, DE 19967-6795

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Navy Federal Credit Union ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, NA paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Jason M. Lesko CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Joint Debtor Megan Alayna Gay-Lesko CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Navy Federal Credit Union ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jason M. Lesko and Megan Alayna Gay–Lesko

      Debtor(s)

Chapter: 13

Bankruptcy No: 17–17382–jkf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 11th day of July, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Jean K. FitzSimon
                                        Judge ,
                                        United States Bankruptcy Court

45 – 28
Form 155