United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17382-jkf
Jason M. Lesko                                                                  Chapter 13
Megan Alayna Gay-Lesko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR           Page 1 of 1            Date Rcvd: Sep 11, 2018
                               Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
14027606        +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
          ALEXANDRA T. GARCIA   on behalf of Creditor   Navy Federal Credit Union ecfmail@mwc-law.com,
            ecfmail@ecf.courtdrive.com
          JEROME B. BLANK   on behalf of Creditor   Bank Of America, NA paeb@fedphe.com
          JOSEPH L QUINN   on behalf of Joint Debtor Megan Alayna Gay-Lesko CourtNotices@sjr-law.com
          JOSEPH L QUINN   on behalf of Debtor Jason M. Lesko CourtNotices@sjr-law.com
          KEVIN G. MCDONALD   on behalf of Creditor   VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
          RAYMOND M. KEMPINSKI   on behalf of Creditor   Navy Federal Credit Union ecfmail@mwc-law.com,
            ecfmail@ecf.courtdrive.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                          TOTAL: 11

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17382-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Jason M. Lesko
16965 Bellevue Court
Millville DE 19967

Megan Alayna Gay-Lesko
16965 Bellevue Court
Millville DE 19967

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/11/2018.

Name and Address of Alleged Transferor(s):

Claim No. 7: American Education Services, PO BOX 8183, HARRISBURG, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/13/18

Tim McGrath
**CLERK OF THE COURT**