United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jason M. Lesko  
Megan Alayna Gay-Lesko  
    Debtors

Case No. 17-17382-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Apr 23, 2019  
                            Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14017066        E-mail/Text: bankruptcy.bnc@ditech.com Apr 24 2019 02:12:36
         Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
         Rapid City, South Dakota 57709-6154
                                                                                                      TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
        ALEXANDRA T. GARCIA   on behalf of Creditor   Navy Federal Credit Union ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        JEROME B. BLANK   on behalf of Creditor   Bank Of America, NA paeb@fedphe.com
        JOSEPH L QUINN   on behalf of Joint Debtor Megan Alayna Gay-Lesko CourtNotices@sjr-law.com
        JOSEPH L QUINN   on behalf of Debtor Jason M. Lesko CourtNotices@sjr-law.com
        KEVIN G. MCDONALD   on behalf of Creditor   VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   VW Credit Leasing, Ltd. bkgroup@kmllawgroup.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        RAYMOND M. KEMPINSKI   on behalf of Creditor   Navy Federal Credit Union raykemp1006@gmail.com,
         raykemp1006@gmail.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        SCOTT WATERMAN   ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                             TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17382-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Jason M. Lesko
16965 Bellevue Court
Millville DE 19967

Megan Alayna Gay-Lesko
16965 Bellevue Court
Millville DE 19967

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/15/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

New Penn Financial
NewRez LLC DBA
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/25/19

Tim McGrath
**CLERK OF THE COURT**