| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17382-AMC

JASON M  LESKO
MEGAN ALAYNA  GAY-LESKO
16965 BELLEVUE COURT
MILLVILLE  DE    19967

Petition Filed Date: 10/31/2017
341 Hearing Date: 12/15/2017
Confirmation Date: 07/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $535.00 | | 01/31/2019 | $535.00 | | 03/04/2019 | $535.00 | |
| 03/29/2019 | $535.00 | | 05/06/2019 | $535.00 | | 06/04/2019 | $315.00 | |
| 07/09/2019 | $535.00 | | 08/13/2019 | $535.00 | | 10/04/2019 | $537.00 | |
| 11/26/2019 | $1,075.00 | | 01/06/2020 | $538.00 | | 02/10/2020 | $538.00 | |
| 03/09/2020 | $538.00 | | 04/06/2020 | $538.00 | | 05/07/2020 | $538.00 | |
| 06/05/2020 | $538.00 | | 07/09/2020 | $538.00 | | 08/07/2020 | $538.00 | |

**Total Receipts for the Period:  $9,976.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $16,906.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN EXP CENTURION BANK<br>»» 009 | Unsecured Creditors | $450.71 | $47.11 | $403.60 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $496.00 | $496.00 | $0.00 |
| 17 | BANK OF AMERICA NA<br>»» 017 | Unsecured Creditors | $8,194.75 | $967.64 | $7,227.11 |
| 18 | BANK OF AMERICA NA<br>»» 018 | Unsecured Creditors | $5,075.17 | $599.29 | $4,475.88 |
| 8 | BANK OF AMERICA  N.A.<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHESTER COUNTY TCB<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITADEL FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $4,537.60 | $535.75 | $4,001.85 |
| 16 | CITADEL FEDERAL CREDIT UNION<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 007 | Unsecured Creditors | $32,761.75 | $3,868.40 | $28,893.35 |
| 12 | LENDING CLUB CORPORATION<br>»» 012 | Unsecured Creditors | $18,437.43 | $2,177.04 | $16,260.39 |
| 13 | MOMA FUNDING LLC<br>»» 013 | Unsecured Creditors | $305.52 | $31.99 | $273.53 |
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $371.10 | $32.05 | $339.05 |
| 6 | NAVY FEDERAL CREDIT UNION<br>»» 006 | Mortgage Arrears | $107.72 | $107.72 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $10,004.19 | $1,181.27 | $8,822.92 |

**Chapter 13 Case No. 17-17382-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 4 | NAVY FEDERAL CREDIT UNION »» 004 | Unsecured Creditors | $23,717.86 | $2,800.50 | $20,917.36 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $3,599.58 | $425.02 | $3,174.56 |
| 2 | NEWREZ LLC  D/B/A »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | VW CREDIT INC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC »» 019 | Attorney Fees | $1,647.00 | $1,647.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,906.00 | Current Monthly Payment: | $535.00 |
| Paid to Claims: | $14,916.78 | Arrearages: | $504.00 |
| Paid to Trustee: | $1,483.02 | Total Plan Base: | $31,855.00 |
| Funds on Hand: | $506.20 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.