| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-17382-AMC**

JASON M  LESKO  
MEGAN ALAYNA  GAY-LESKO  
16965 BELLEVUE COURT  
MILLVILLE  DE   19967

Petition Filed Date: 10/31/2017  
341 Hearing Date: 12/15/2017  
Confirmation Date: 07/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $538.00 | | 02/10/2020 | $538.00 | | 03/09/2020 | $538.00 | |
| 04/06/2020 | $538.00 | | 05/07/2020 | $538.00 | | 06/05/2020 | $538.00 | |
| 07/09/2020 | $538.00 | | 08/07/2020 | $538.00 | | 09/09/2020 | $538.00 | |
| 10/14/2020 | $538.00 | | 11/02/2020 | $538.00 | | 12/10/2020 | $538.00 | |
| 01/08/2021 | $538.00 | | 02/16/2021 | $538.00 | | 03/16/2021 | $538.00 | |
| 04/12/2021 | $538.00 | | 05/10/2021 | $538.00 | | 06/09/2021 | $538.00 | |

**Total Receipts for the Period:  $9,684.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $22,286.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN EXP CENTURION BANK »» 009 | Unsecured Creditors | $450.71 | $63.56 | $387.15 |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $496.00 | $496.00 | $0.00 |
| 17 | BANK OF AMERICA NA »» 017 | Unsecured Creditors | $8,194.75 | $1,345.53 | $6,849.22 |
| 18 | BANK OF AMERICA NA »» 018 | Unsecured Creditors | $5,075.17 | $833.31 | $4,241.86 |
| 8 | BANK OF AMERICA  N.A. »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHESTER COUNTY TCB »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITADEL FEDERAL CREDIT UNION »» 015 | Unsecured Creditors | $4,537.60 | $745.01 | $3,792.59 |
| 16 | CITADEL FEDERAL CREDIT UNION »» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EDUCATIONAL CREDIT MGMT CORP »» 007 | Unsecured Creditors | $32,761.75 | $5,379.08 | $27,382.67 |
| 12 | LENDING CLUB CORPORATION »» 012 | Unsecured Creditors | $18,437.43 | $3,027.23 | $15,410.20 |
| 13 | MOMA FUNDING LLC »» 013 | Unsecured Creditors | $305.52 | $47.41 | $258.11 |
| 14 | MOMA FUNDING LLC »» 014 | Unsecured Creditors | $371.10 | $47.17 | $323.93 |
| 6 | NAVY FEDERAL CREDIT UNION »» 006 | Mortgage Arrears | $107.72 | $107.72 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION »» 003 | Unsecured Creditors | $10,004.19 | $1,642.57 | $8,361.62 |

**Chapter 13 Case No. 17-17382-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $23,717.86 | $3,894.16 | $19,823.70 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $3,599.58 | $591.00 | $3,008.58 |
| 2 | NEWREZ LLC  D/B/A<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | VW CREDIT INC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 019 | Attorney Fees | $1,647.00 | $1,647.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,286.00 | Current Monthly Payment: | $535.00 |
| Paid to Claims: | $19,866.75 | Arrearages: | $474.00 |
| Paid to Trustee: | $1,908.04 | Total Plan Base: | $31,855.00 |
| Funds on Hand: | $511.21 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.