United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17382-amc |
| Jason M. Lesko | Chapter 13 |
| Megan Alayna Gay-Lesko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Lesko, Megan Alayna Gay-Lesko, 16965 Bellevue Court, Millville, DE 19967-6795 |
| 14007053 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14027606 | + | American Education Services, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 14056239 | + | Chester County Tax Claim Bureau, 313 West Market Street, West Chester, Pa 19382-2804 |
| 14007058 | | Chester County Tax Claim Bureau, 2 North High Street, Suite 116, West Chester, PA 19380-3076 |
| 14007061 | | Coatesville Area School District, C/O Berkheimer Tax Administrator, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 14007062 | + | Ditech Financial LLC, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14017066 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14024867 | + | Matteo S. Weiner, Esquire, KML Law Group, P.C., c/o VW Credit, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14027605 | + | PO BOX 8183, HARRISBURG, PA 17105-8183 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 26 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14009726 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 26 2022 00:11:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14007052 | + | Email/Text: bncnotifications@pheaa.org | Jul 26 2022 00:11:00 | Aes/ Cit Ed, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14041924 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 00:14:42 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14007054 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 00:14:46 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14073673 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 26 2022 00:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14031500 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 26 2022 00:11:00 | Bank of America, N.A., Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 14007056 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 26 2022 00:11:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |

Case 17-17382-amc   Doc 66   Filed 07/27/22   Entered 07/28/22 00:33:37   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14007055 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 26 2022 00:11:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14007057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2022 00:14:40 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14007059 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 26 2022 00:11:00 | Citadel Federal Cred U, Po Box 147, Thorndale, PA 19372-0147 |
| 14069287 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 26 2022 00:11:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14007060 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 26 2022 00:11:00 | Citadel Federal Credit Union, Po Box 147, Thorndale, PA 19372-0147 |
| 14194900 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 26 2022 00:11:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14007063 | + | Email/Text: bk@lendingclub.com | Jul 26 2022 00:11:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14058744 | + | Email/Text: bk@lendingclub.com | Jul 26 2022 00:11:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14007065 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 26 2022 00:11:00 | Navy Federal Cr Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14007064 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 26 2022 00:11:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 14007066 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 26 2022 00:11:00 | Navy Federal Cr Union, 1 Security Place, Merrifield, VA 22116 |
| 14020025 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 26 2022 00:11:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 14027065 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 26 2022 00:11:00 | Navy Federal Credit Union, P.O. Box 3302, Merrifield, VA 22119-3302 |
| 14308014 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 26 2022 00:11:00 | New Penn Financial, NewRez LLC DBA, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14056693 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2022 00:14:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14008190 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 26 2022 00:14:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14070776 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2022 00:11:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14007067 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 26 2022 00:11:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14007068 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 26 2022 00:14:40 | Sofi Lending Corp, 375 Healdsburg Ave Ste 2, Healdsburg, CA 95448-4150 |
| 14007069 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2022 00:14:42 | Syncb/home Dsgn Ce/app, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14007070 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2022 00:14:40 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14007071 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2022 00:14:40 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14007072 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2022 00:14:46 | Syncb/sleep Number, Po Box 965036, Orlando, FL 32896-5036 |
| 14021848 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | VW Credit Leasing, Ltd, C/O VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14007073 | + | Email/Text: janiced@valleytownship.org | | |

Case 17-17382-amc    Doc 66    Filed 07/27/22    Entered 07/28/22 00:33:37    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 45 |

|  |  |  | Jul 26 2022 00:11:00 | Valley Township, 890 W. Lincoln Highway, PO Box 467, Coatesville, PA 19320-0467 |
|---|---|---|---|---|
| 14007074 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 26 2022 00:11:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14041925 | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14101403 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor Navy Federal Credit Union ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America  NA paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor Jason M. Lesko CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Megan Alayna Gay-Lesko CourtNotices@rqplaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor VW Credit Leasing  Ltd. bkgroup@kmllawgroup.com |
| MARISA MYERS COHEN | on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com mcohen@mwc-law.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor VW Credit Leasing  Ltd. bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Navy Federal Credit Union raykemp1006@gmail.com raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Jul 25, 2022 Form ID: 138OBJ Total Noticed: 45

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jason M. Lesko and Megan Alayna
Gay−Lesko

       Debtor(s)                            Case No: 17−17382−amc

                                           Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/25/22