United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17382-amc
Jason M. Lesko  Chapter 13
Megan Alayna Gay-Lesko
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jul 25, 2022 | Form ID: 234 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Lesko, Megan Alayna Gay-Lesko, 16965 Bellevue Court, Millville, DE 19967-6795 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor Navy Federal Credit Union ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

JEROME B. BLANK
    on behalf of Creditor Bank Of America  NA paeb@fedphe.com

JOSEPH L QUINN
    on behalf of Joint Debtor Megan Alayna Gay-Lesko CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Debtor Jason M. Lesko CourtNotices@rqplaw.com

KEVIN G. MCDONALD
    on behalf of Creditor VW Credit Leasing  Ltd. bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 234 | Total Noticed: 1 |

MARISA MYERS COHEN
    on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com  mcohen@mwc-law.com

MATTEO SAMUEL WEINER
    on behalf of Creditor VW Credit Leasing  Ltd. bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Navy Federal Credit Union raykemp1006@gmail.com  raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jason M. Lesko and Megan Alayna
Gay−Lesko
      Debtor(s)                               Case No:17−17382−amc

                                                                                                Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                 For The Court

                                                 Timothy McGrath,
                                                 Clerk of Court

Date: 7/25/22