Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 17-17382-AMC**

JASON M LESKO  
MEGAN ALAYNA GAY-LESKO  
16965 BELLEVUE COURT  
MILLVILLE DE 19967

Petition Filed Date: 10/31/2017  
341 Hearing Date: 12/15/2017  
Confirmation Date: 07/11/2018

Case Status: Completed on 6/16/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $538.00 | | 05/10/2021 | $538.00 | | 06/09/2021 | $538.00 | |
| 07/13/2021 | $538.00 | | 08/16/2021 | $538.00 | | 09/07/2021 | $538.00 | |
| 10/05/2021 | $538.00 | | 11/16/2021 | $538.00 | | 12/06/2021 | $538.00 | |
| 01/11/2022 | $538.00 | | 02/15/2022 | $541.00 | | 03/10/2022 | $541.00 | |
| 04/11/2022 | $541.00 | | 05/17/2022 | $541.00 | | 06/16/2022 | $3,639.00 | |

**Total Receipts for the Period: $11,183.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $31,855.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN EXP CENTURION BANK  »» 009 | Unsecured Creditors | $450.71 | $112.83 | $337.88 |
| 1 | AMERICAN HONDA FINANCE CORP  »» 001 | Secured Creditors | $496.00 | $496.00 | $0.00 |
| 17 | BANK OF AMERICA NA  »» 017 | Unsecured Creditors | $8,194.75 | $2,051.36 | $6,143.39 |
| 18 | BANK OF AMERICA NA  »» 018 | Unsecured Creditors | $5,075.17 | $1,270.47 | $3,804.70 |
| 8 | BANK OF AMERICA N.A.  »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHESTER COUNTY TCB  »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITADEL FEDERAL CREDIT UNION  »» 015 | Unsecured Creditors | $4,537.60 | $1,135.86 | $3,401.74 |
| 16 | CITADEL FEDERAL CREDIT UNION  »» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EDUCATIONAL CREDIT MGMT CORP  »» 007 | Unsecured Creditors | $32,761.75 | $8,200.91 | $24,560.84 |
| 12 | LENDING CLUB CORPORATION  »» 012 | Unsecured Creditors | $18,437.43 | $4,615.28 | $13,822.15 |
| 13 | MOMA FUNDING LLC  »» 013 | Unsecured Creditors | $305.52 | $76.53 | $228.99 |
| 14 | MOMA FUNDING LLC  »» 014 | Unsecured Creditors | $371.10 | $92.91 | $278.19 |
| 6 | NAVY FEDERAL CREDIT UNION  »» 006 | Mortgage Arrears | $107.72 | $107.72 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION  »» 003 | Unsecured Creditors | $10,004.19 | $2,504.26 | $7,499.93 |

**Chapter 13 Case No. 17-17382-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $23,717.86 | $5,937.00 | $17,780.86 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $3,599.58 | $901.03 | $2,698.55 |
| 2 | NEWREZ LLC  D/B/A<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | VW CREDIT INC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 019 | Attorney Fees | $1,647.00 | $1,647.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,855.00 | Current Monthly Payment: | $535.00 |
| Paid to Claims: | $29,149.16 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,705.84 | Total Plan Base: | $31,855.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.