United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17382-amc
Jason M. Lesko  Chapter 13
Megan Alayna Gay-Lesko
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jason M. Lesko, Megan Alayna Gay-Lesko, 16965 Bellevue Court, Millville, DE 19967-6795 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| ANDREW M. LUBIN | on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| ANN E. SWARTZ | on behalf of Creditor Navy Federal Credit Union ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America  NA jblank@avallonelaw.com |
| JOSEPH L QUINN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 21, 2022 | Form ID: 195 | Total Noticed: 1 |

    on behalf of Debtor Jason M. Lesko CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Joint Debtor Megan Alayna Gay-Lesko CourtNotices@rqplaw.com

KEVIN G. MCDONALD
    on behalf of Creditor VW Credit Leasing  Ltd. bkgroup@kmllawgroup.com

MARISA MYERS COHEN
    on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com  mcohen@mwc-law.com

MATTEO SAMUEL WEINER
    on behalf of Creditor VW Credit Leasing  Ltd. bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Navy Federal Credit Union raykemp1006@gmail.com  raykemp1006@gmail.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Jason M. Lesko and Megan Alayna Gay−Lesko  : Case No. 17−17382−amc
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , October 21, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

75
Form 195